TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00241-CV







City of Arlington, Texas, Appellant



v.



Texas Natural Resource Conservation and City of Fort Worth, Texas, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT


NO. 93-14408, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: July 12, 1995

Do Not Publish